1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6488
7     Fax: (415) 436-7234
      derek.owens@usdoj.gov
8
   Attorneys for the United States of America

**RECEIVED**
MAR 1 2 2009
Richard W. Wieking
Clerk, U.S. District
Northern District of California

Submitting Counsel are directed
to serve this order upon all other
parties in this action

**FILED**
MAR 11 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 94-0093 TEH |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT** |
| NARATON DHILLON, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Indictment pending against NARATON DHILLON without prejudice.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3-11-09

_____
BRIAN J. STRETCH
Assistant United States Attorney

//

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 94-0093 TEH

1  The Court hereby grants leave to dismiss the above Indictment against NARATON
2  DHILLON without prejudice.
3
4
5  DATED: 3/12/09
6                                              THE HONORABLE SUSAN ILLSTON
                                                United States District Court Judge
7
8
...
28

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 94-0093TEH